# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLATIRON WEST, INC.**, <br> Plaintiff, <br> v. <br> **SAUSALITO-MARIN CITY SANITARY DISTRICT**, <br> Defendant. | Case No. 4:21-cv-01636-YGR <br><br> **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO DISMISS** <br><br> Re: Dkt. No. 13 |

On April 26, 2021, plaintiff Flatiron West, Inc. filed a motion to dismiss defendant Sausalito-Marin City Sanitary District's answer and counterclaim pursuant to Federal Rules of Civil Procedure 12(b)(6). (Dkt. No. 13.) On May 10, 2021, defendant Sausalito-Marin City Sanitary District filed an amended answer and counterclaim against Flatiron West. (Dkt. No. 14.)

In light of the filing of Sausalito-Marin City Sanitary District's amended answer and counterclaim, Flatiron West's motion to dismiss is **DENIED AS MOOT**. Flatiron West shall respond within fourteen (14) days of this Order.

This Order terminates Docket Number 13.

**IT IS SO ORDERED.**

Dated: May 28, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**