# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLATIRON WEST, INC.**, <br> Plaintiff, <br> v. <br> **SAUSALITO-MARIN CITY SANITARY DISTRICT**, <br> Defendant. | Case No. 4:21-cv-01636-YGR <br><br> **ORDER GRANTING PLAINTIFF'S SECOND MOTION TO DISMISS** <br><br> Re: Dkt. No. 19 |

On June 11, 2021, plaintiff Flatiron West, Inc. filed a motion to dismiss defendant Sausalito-Marin City Sanitary District's first amended answer and counterclaim pursuant to Federal Rules of Civil Procedure 12(b)(6). (Dkt. No. 19.) On June 25, 2021, defendant Sausalito-Marin City Sanitary District filed a statement of non-opposition to Flatiron's second motion to dismiss. (Dkt. No. 22.)

In light of the filing of Sausalito-Marin City Sanitary District's non-opposition statement, Flatiron West's motion to dismiss is **GRANTED**. Flatiron West shall respond within fourteen (14) days of this Order.

This Order terminates Docket Number 19.

**IT IS SO ORDERED.**

Dated: June 28, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**